

# Fourth Court of Appeals
## San Antonio, Texas

August 20, 2014

No. 04-14-00258-CV

**IN RE: A PURPORTED LIEN OR CLAIM AGAINST HELVETIA ASSET RECOVERY, INC.**

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-18394
Honorable Karen H. Pozza, Judge Presiding

### ORDER

In accordance with this court's opinion issued this date, the appeal is DISMISSED for LACK OF JURISDICTION. Costs of the appeal are taxed against appellant Burton Kahn.

It is so **ORDERED** on August 20, 2014.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand, and affixed the seal of the said court on this 20th day of August, 2014.

_____
Keith E. Hottle, Clerk